UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN - 3 2022

BY
DEPUTY_____

1:22CV4        DECEMBER 27, 2021

I Hezron Benjamin Stuart #95111-479 are a detainee pending trial and being held at the Joe Corley Detention Center at 500 Hilbig Rd; Conroe, Texas 77301
I am filing a Complaint against the Federal Bureau of Prisons. Due to $1,661 dollars of my inmate trust fund being held over four (2) months at the F.B.O.P Lockbox.

On August 03, 2021 I was transfered from Beaumont U.S.P to the Joe Corley Detention Center. I was held at Beaumont U.S.P as a Detainee "holdover" for one whole year. On my departure on Aug. 03, 2021 to the Joe Corley Detention Center. I Spoke with Mr. Ledett, who at that time were the Supervisor over inmate trust fund at Beaumont U.S.P. I inquired to Mr. Ledett about my money being transported with me. Mr. Ledett stated that I would receive my money within three days. It has been over four months and I still haven't received my money.

My family have made numerous attempts in retrieving my funds, so have both the wardens at Joe Corley, Finance Manager Mrs. Frances, wardens Secretary, as well as myself, to no avail.

I have even brought this matter before the judge that resides over the case I'm being accused of.

I have wrote numerous letters to the F.BOP Lockbox in Des Moines Iowa requesting my Money be sent to my inmate account.

I've Fax the information to their office and still nothing! Therefore, I am left with no other thought that my Money have been Stolen By the Federal Bureau of Prison, and I would like to have it back, and I'm filing this Complaint for theft.

Receipt, Request forms, and all needed information is enclosed with the Tort Claim form.

Respectfully Submitted.
Hezron B. Stuart

I, Hezron Benjamin Stuart, being held and currently incarcerated at the Joe Corley Detention Center, 500 Hilbig Rd. Conroe Texas 77301, declare under penalty of perjury that the forgoing is true and correct. 12-27-2021   Hezron Stuart

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**
FEDERAL BUREAU OF PRISONS
BEAUMONT UNITED STATES PENITENTIARY
P.O. BOX 26035
BEAUMONT, TEXAS 77720

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.
Hezron Benjamin Stuart #95111-479
Joe Corley Detention Ctr.
500 Hilbig Rd.
Conroe, TX. 77301

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY  ☑ CIVILIAN
**4. DATE OF BIRTH:** 04-03-1972
**5. MARITAL STATUS:** Married
**6. DATE AND DAY OF ACCIDENT:** 08-03-2021
**7. TIME (A.M) OR P.M.):** 8:30

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

ON AUGUST 3rd, 2021, I, Mr. Stuart was Transferred from Beaumont USP To Joe Corley Detention Center, in Conroe, TX. On my departure from Beaumont U.S.P. I inquired about my money on my inmate account To Mr. LEDETT, whom stated my money would follow me within three days time. Its been over 4 months, approximately and I still haven't received my money that was on my inmate account upon my departure on 8-04-21. My account bal. at the time were over Fifthteen hundred, plus The money that were added after I was transfered. please See the attached receipt, and letters.

## 9. PROPERTY DAMAGE

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, Street, City, State, and Zip Code).
Claimant Hezron B. Stuart

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side).
ONE-THOUSAND-SIX hundred-Six-one dollars and Eighty-three cents $1,661.83 This money was on my inmate account when Transferred from The Beaumont USP, P.O. Box 26035, Beaumont, TX. 77720. INMATE TRUST FUND on 8-04-2021

## 10. PERSONAL INJURY/WRONGFUL DEATH

**STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.**
I'VE SPENT OVER FIFTY-FIVE DOLLARS OF MY ACCOUNT FUNDS TRYING TO CONTACT INMATE TRUST FUND STILL TO NO AVAIL.

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Ms. Rangel, Mrs. Francis, Ms. Carlson, Major Stern, Warden Dickey, Major Peoples, Warden Thompson, Ms. Burnes, Mrs. Davis | Joe Corley Processing Center, 500 Hilbig RD. Conroe, TX. 77301  Ph# 936-521-4000 |

## 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $1,606.83 | $55.00 | N/A | 1,661.83 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side).
Hezron B. Stuart

**13b. PHONE NUMBER OF PERSON SIGNING FORM:** 936-521-4000
**14. DATE OF SIGNATURE:** 12-19-2021

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident Insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|
| N/A |

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| N/A | |

| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). |
|---|
| N/A |

| 19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No |
|---|
| N/A |

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# All Transactions



| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 95111479 | **Current Institution:** | Beaumont FCC | |
| **Inmate Name:** | STUART, HEZRON | **Housing Unit:** | BMP-Z-P | |
| **Report Date:** | 07/01/2021 | **Living Quarters:** | Z02-127LAD | |
| **Report Time:** | 12:50:54 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/1/2021 11:48:22 AM | Bills | $250.00 | 3928-V | | $1,536.83 |
| 7/1/2021 11:46:24 AM | Bills | ($250.00) | | 3928 | $1,286.83 |
| 6/28/2021 7:37:35 AM | Sales - No FP (Non-FP Session) | ($7.85) | 28 | | $1,536.83 |
| 6/22/2021 7:49:23 AM | Sales - No FP (Non-FP Session) | ($21.55) | 28 | | $1,544.68 |
| 6/21/2021 8:24:08 AM | Books | ($26.99) | | 3640 | $1,566.23 |
| 6/21/2021 8:15:39 AM | Books | ($70.00) | | 3635 | $1,593.22 |
| 6/21/2021 8:04:18 AM | Books | ($55.00) | | 3632 | $1,663.22 |
| 6/4/2021 10:26:13 AM | Sales - No FP (Non-FP Session) | ($18.65) | 10 | | $1,718.22 |
| 6/4/2021 8:04:14 AM | Sales - No FP (Non-FP Session) | $53.35 | 1 | | $1,736.87 |
| 6/3/2021 12:24:44 PM | Books | ($100.00) | | 3200 | $1,683.52 |
| 6/2/2021 1:02:52 PM | Sales - No FP (Non-FP Session) | ($53.35) | 1 | | $1,783.52 |
| 5/20/2021 8:04:59 AM | Court Fees | ($5.00) | | 2824 | $1,836.87 |
| 5/14/2021 6:46:43 AM | Sales - No FP (Non-FP Session) | ($21.90) | 3 | | $1,841.87 |
| 5/14/2021 6:44:37 AM | Sales - No FP (Non-FP Session) | $0.00 | 2 | | $1,863.77 |
| 5/10/2021 8:02:32 AM | Sales - No FP (Non-FP Session) | ($9.55) | 28 | | $1,863.77 |
| 5/6/2021 11:41:17 AM | Court Fees | $10.00 | 2173-V | | $1,873.32 |
| 5/3/2021 10:38:47 AM | Subscriptions | ($25.00) | | 2490 | $1,863.32 |
| 5/3/2021 7:21:48 AM | Sales - No FP (Non-FP Session) | ($11.30) | 24 | | $1,888.32 |
| 4/27/2021 7:19:50 AM | Sales - No FP (Non-FP Session) | ($9.30) | 11 | | $1,899.62 |
| 4/26/2021 10:53:13 AM | Sales - No FP (Non-FP Session) | $9.30 | 70 | | $1,908.92 |
| 4/26/2021 8:24:31 AM | Sales - No FP (Non-FP Session) | ($9.30) | 61 | | $1,899.62 |
| 4/21/2021 12:10:42 PM | Inmate Co-pay | ($2.00) | WICP0421 | | $1,908.92 |
| 4/12/2021 10:39:12 AM | Sales - No FP (Non-FP Session) | ($7.60) | 37 | | $1,910.92 |
| 4/7/2021 5:02:55 AM | Lockbox - CD | $1,400.00 | 70131101 | | $1,918.52 |
| 4/6/2021 10:21:15 AM | Court Fees | ($10.00) | | 2173 | $518.52 |
| 4/5/2021 9:49:55 AM | Sales - No FP (Non-FP Session) | ($11.25) | 48 | | $528.52 |
| 3/30/2021 7:11:51 AM | Sales - No FP (Non-FP Session) | $1.00 | 9 | | $539.77 |
| 3/26/2021 12:08:48 PM | Sales - No FP (Non-FP Session) | ($6.00) | 13 | | $538.77 |
| 3/15/2021 10:39:22 AM | Sales - No FP (Non-FP Session) | ($6.50) | 69 | | $544.77 |
| 3/9/2021 11:03:37 AM | Sales - No FP (Non-FP Session) | ($8.20) | 8 | | $551.27 |
| 3/1/2021 12:27:44 PM | Sales - No FP (Non-FP Session) | ($12.65) | 1 | | $559.47 |
| 2/22/2021 11:29:08 AM | Sales - No FP (Non-FP Session) | ($24.30) | 3 | | $572.12 |
| 2/1/2021 7:49:09 AM | Sales - No FP (Non-FP Session) | ($4.35) | 10 | | $596.42 |
| 1/29/2021 5:02:56 AM | Lockbox - CD | $600.00 | 70126401 | | $600.77 |
| 1/8/2021 10:46:31 AM | Sales - No FP (Non-FP Session) | ($3.60) | 3 | | $0.77 |
| 12/18/2020 12:29:31 PM | Sales - No FP (Non-FP Session) | ($4.30) | 117 | | $4.37 |
| 12/11/2020 10:19:28 AM | Sales - No FP (Non-FP Session) | ($5.90) | 24 | | $8.67 |
| 12/7/2020 8:21:29 AM | Sales - No FP (Non-FP Session) | ($11.00) | 18 | | $14.57 |
| 11/20/2020 2:04:58 PM | Sales - No FP (Non-FP Session) | ($12.05) | 40 | | $25.57 |
| 11/17/2020 12:10:13 AM | Inmate Co-pay | ($2.00) | VICD0620 | | $37.62 |
| 11/17/2020 12:10:13 AM | Debt Encumbrance - Released | $0.48 | VICD0620 - 365 | | |
| 11/17/2020 12:10:13 AM | Debt Encumbrance - Released | $1.52 | VICD0620 - 8082 | | |
| 11/16/2020 12:36:24 PM | Sales - No FP (Non-FP Session) | ($11.90) | 58 | | $39.62 |
| 11/16/2020 10:17:18 AM | Debt Encumbrance | ($0.48) | VICD0620 - 365 | | |
| 11/16/2020 10:17:18 AM | Lockbox - CD | $50.00 | 70121503 | | $51.52 |
| 11/2/2020 7:47:54 AM | Sales - No FP (Non-FP Session) | $0.00 | 33 | | $1.52 |
| 10/23/2020 10:45:43 AM | Sales - No FP (Non-FP Session) | $0.00 | 32 | | $1.52 |
| 10/16/2020 1:34:39 PM | Sales - No FP (Non-FP Session) | $0.00 | 64 | | $1.52 |
| 10/9/2020 9:02:41 AM | Sales - No FP (Non-FP Session) | $0.00 | 43 | | $1.52 |
| 10/1/2020 1:32:27 PM | Sales - No FP (Non-FP Session) | $0.00 | 29 | | $1.52 |

1

Stuart, Hezron
95111479

10-1-2021

Mr. Stuart,

I called Beaumont USP to request your funds be sent here from the Federal Lock Box, but there was no answer again today in their accounting dept. I did leave a voicemail, so they may call back, but I will try again monday. I just wanted you to know I am doing what I can to try to help get your funds.

You can send me an I-60 if you have any questions. I will let you, Ms. Rangel, +/or Ms. Chism know as soon as I hear from Beaumont.

Wilson
Inmate Accounts

# TheeBLVD

P.O. Box 500127• Atlanta, GA• 31150: 470-375-5872
info@theeblvd.com  Web: www.theeblvd.com

July 28, 2021

Hezron Stuart #95111-479
USP BEAUMONT
U.S. PENITENTIARY
P. O. BOX 26030
Beaumont, TX 77720

Re: Check #4039-26525819

Dear Hezron,

We recently received the enclosed institutional check in the amount of $70.00. Please be advised the check was made out to the wrong name.

The check was made out to PoleBlvd. The check should have been made out to: **Thee Blvd**

We are unable to deposit this into our bank account because it was made out to the wrong name. Please remit a new check or money order made out to the correct name and we will process your order immediately.

If you have any questions, please feel free to contact us. Thank you for choosing TheeBLVD.

Customer Service Dept.
TheeBLVD

## Joe Corley Processing Center

## Detainee Request Form / Solicitacion de Detenido

| Detainee Name / Nombre | ID Number / Numero de Identificacion | Date of Request / Fecha de Solicitud |
|---|---|---|
| Hezron Stuart | 95111479 | 8·10·2021 |
| Country of Birth / Pais: Virgin Islands | | Living Unit and Bunk / Dormitorio y Cama |
| Date of Birth / Fecha De Nacimiento: 1972 | | F-327 |

### Type of Request / Tipo de Peticion

- ☐ Emergency Telephone Call / Llamadas de Emergencia
- ☐ Classification Appeal / Clasificacion
- ☐ Religious Service / Servicios Religiosos
- ☐ Food / Comida
- ☐ Visitation / Visitación
- ☐ Property / Propeidad
- ☐ Mail / Correro
- ☐ Laundry / Lavanderia
- ☐ Recreation / Recreacion
- ☑ Finance / Dinero
- ☐ Commissary / Comisaria
- ☐ Law Library / Biblioteca de Leyes
- ☐ Other / Otra
- ☐ Interpretation Services / Servicios de Interpretacion

To whom this May Concern: I recently return from Beaumont U.S.P I've been here for a week. I would first like to know approximately how long do it take for my Money from My inmate trust Fund to follow me here, And can your Dept. Email Mr. Ledett who's the trust Fund Supervisor over Beaumont U.S.P., and have him Forward My Funds to my account here? I'm here fighting My Case, and don't have Stamps or envelopes. your Aid, and assistance will be greatly appreciated Thank you.

Detainee Signature/Firma Detenido: H Stuart    Date/Fecha: 8·10·21

Response/Respuesta: See attached

**If you have funds at another facility, you will have to call or write to them to request your funds be sent here. For your convenience, I've attached a generic form to COMPLETE, SIGN, AND MAIL to your previous facility.**

GEO Officer Signature/Firma del Oficial: Inmate Accounts    Date/Fecha: 8/11/21

Administrative Review Date: _____

Department Received Date: _____

The GEO Group, Inc.

FULL NAME: Hezron B. Stuart

USMS NUMBER: 95111479

TDCJ NUMBER: _____

PREVIOUS UNIT: Beaumont USP

I AM WRITING TO REQUEST MY COMMISSARY BALANCE BE SENT TO THE ADDRESS BELOW:

## JOE CORLEY PROCESSING CENTER

### ATTN: INMATE ACCOUNTS

### 500 HILBIG RD.

### CONROE, TX 77301

SIGNATURE: Hezron Stuart
DATE: 8-30-21

JOB STATUS REPORT

```
TIME   : 08/29/2021 15:40
NAME   : THE GEO GROUP
FAX#   : 9365214094
TEL#   : 9365214000
SER.#  : 007020563
```

```
DATE,TIME         08/29  15:40
FAX NO./NAME      914096263700
DURATION          00:00:11
PAGE(S)           01
RESULT            OK
MODE              STANDARD
                  ECM
```

# Joe Corley Processing Center

## Detainee Request Form / *Solicitacion de Detenido*

| Detainee Name / *Nombre* | ID Number / *Numero de Identificacion* | Date of Request / *Fecha de Solicitud* |
|---|---|---|
| Hezron Benjamin Stuart | 951114779 | 8-23-2021 |
| Country of Birth / *Pais* Virgin Islands | | Living Unit and Bunk / *Dormitorio y Cama* |
| Date of Birth / *Fecha De Nacimiento* 1972 | | D-204-01 |

### Type of Request / *Tipo de Peticion*

- ☐ Emergency Telephone Call / *Llamadas de Emergencia*
- ☐ Classification Appeal / *Clasificacion*
- ☐ Religious Service / *Servicios Religiosos*
- ☐ Food / *Comida*
- ☐ Visitation / *Visitación*
- ☐ Property / *Propiedad*
- ☐ Mail / *Correro*
- ☐ Laundry / *Lavanderia*
- ☐ Recreation / *Recreacion*
- ☐ Finance / *Dinero*
- ☐ Commissary / *Comisaria*
- ☐ Law Library / *Biblioteca de Leyes*
- ☒ Other / *Otra*
- ☐ Interpretation Services / *Servicios de Interpretacion*

Warden Dickey, Sir I spoke to you Sunday Morning while doing your rounds pertaining my money not following me from Beaumont U.S.P. and pertaining my radio. You told me to remind you. Please look at the radio, per transfer I placed my shaving razor and clothes line where the patterns are located. I'm no longer in need of either due to being able to purchase shavers & having our clothing changed out each! I just need the radio.

Detainee Signature/*Firma Detenido*: _____  Date/*Fecha*: _____

Response/*Respuesta*: _____

GEO Officer Signature/*Firma del Oficial*  Date/*Fecha*:

**GEO** The GEO Group, Inc.

Administrative Review Date: _____

Department Received Date: _____

```
                              GEO-Joe Corley
==============================================================
                          Resident Account Summary
                      Friday, October 01, 2021  @14:49
==============================================================
For BKGID: 95111479    STUART, HEZRON
--------------------------------------------------------------------------------
   Date      Transaction Description              Amount    Balance    Owed     Held     Reference
--------------------------------------------------------------------------------
08/25/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00      0.67     0.00     0.00     08/25/2021
08/24/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00      1.67     0.00     0.00     08/24/2021
08/23/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00      2.67     0.00     0.00     08/23/2021
08/23/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00      4.67     0.00     0.00     08/23/2021
08/23/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00      6.67     0.00     0.00     08/23/2021
08/23/2021  EPR          OID:100536841-ComisaryPur -40.78     8.67     0.00     0.00     08/23/2021
08/22/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     49.45     0.00     0.00     08/22/2021
08/21/2021  PHONE PURCH. PHONE TIME PURCHASE       -3.00     50.45     0.00     0.00     08/21/2021
08/21/2021  PHONE PURCH. PHONE TIME PURCHASE       -5.00     53.45     0.00     0.00     08/21/2021
08/21/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     58.45     0.00     0.00     08/21/2021
08/21/2021  CYBERSUITE   62531262 Stuart Solange   50.00     60.45     0.00     0.00     08/21/2021
08/21/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     10.45     0.00     0.00     08/21/2021
08/21/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     11.45     0.00     0.00     08/21/2021
08/19/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     12.45     0.00     0.00     08/19/2021
08/19/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     13.45     0.00     0.00     08/19/2021
08/19/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     15.45     0.00     0.00     08/19/2021
08/19/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     17.45     0.00     0.00     08/19/2021
08/18/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     18.45     0.00     0.00     08/18/2021
08/18/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     20.45     0.00     0.00     08/18/2021
08/18/2021  PHONE PURCH. PHONE TIME PURCHASE       -3.00     22.45     0.00     0.00     08/18/2021
08/18/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     25.45     0.00     0.00     08/18/2021
08/17/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     26.45     0.00     0.00     08/17/2021
08/16/2021  PHONE PURCH. PHONE TIME PURCHASE       -5.00     28.45     0.00     0.00     08/16/2021
08/16/2021  PHONE PURCH. PHONE TIME PURCHASE       -5.00     33.45     0.00     0.00     08/16/2021
08/16/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     38.45     0.00     0.00     08/16/2021
08/16/2021  CYBERSUITE   62886939 Stuart Solange   40.00     40.45     0.00     0.00     08/16/2021
08/16/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00      0.45     0.00     0.00     08/16/2021
08/16/2021  EPR          OID:100536247-ComisaryPur -19.55     1.45     0.00     0.00     08/16/2021
08/14/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     21.00     0.00     0.00     08/14/2021
08/13/2021  PHONE PURCH. PHONE TIME PURCHASE       -1.00     22.00     0.00     0.00     08/13/2021
08/13/2021  PHONE PURCH. PHONE TIME PURCHASE       -2.00     23.00     0.00     0.00     08/13/2021
08/11/2021  PHONE PURCH. PHONE TIME PURCHASE      -15.00     25.00     0.00     0.00     08/11/2021
08/11/2021  CYBERSUITE   66106668 Humphrey Ashley  40.00     40.00     0.00     0.00     08/11/2021
06/01/2020  WITHDRAWAL   95111479  LOCK BOX       -92.42      0.00     0.00     0.00     06/01/2020
06/01/2020  BOOKING      INITIAL DEPOSIT - REINSTA  0.00     92.42     0.00     0.00     06/01/2020
05/01/2020  <DEDUCTIONS  PROPERTY                 -14.35    92.42      0.00     0.00     05/01/2020
05/01/2020  DEDUCTIONS   PROPERTY                  14.35   106.77     14.35     0.00     05/01/2020
05/01/2020  PHONE PURCH. PHONE TIME PURCHASE       -4.00   106.77      0.00     0.00     05/01/2020
04/30/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00   110.77      0.00     0.00     04/30/2020
04/29/2020  CYBERSUITE   37404823 Thomas Trystian 100.00   112.77      0.00     0.00     04/29/2020
04/29/2020  PHONE PURCH. PHONE TIME PURCHASE       -3.00    12.77      0.00     0.00     04/29/2020
04/28/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    15.77      0.00     0.00     04/28/2020
04/28/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    17.77      0.00     0.00     04/28/2020
04/28/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    19.77      0.00     0.00     04/28/2020
04/27/2020  PHONE PURCH. PHONE TIME PURCHASE       -1.00    21.77      0.00     0.00     04/27/2020
04/27/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    22.77      0.00     0.00     04/27/2020
04/26/2020  PHONE PURCH. PHONE TIME PURCHASE       -1.00    24.77      0.00     0.00     04/26/2020
04/26/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    25.77      0.00     0.00     04/26/2020
04/25/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    27.77      0.00     0.00     04/25/2020
04/25/2020  PHONE PURCH. PHONE TIME PURCHASE       -4.00    29.77      0.00     0.00     04/25/2020
04/24/2020  PHONE PURCH. PHONE TIME PURCHASE       -4.00    33.77      0.00     0.00     04/24/2020
04/24/2020  CYBERSUITE   37774152 Jackson Christa  25.00    37.77      0.00     0.00     04/24/2020
04/24/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    12.77      0.00     0.00     04/24/2020
04/23/2020  PHONE PURCH. PHONE TIME PURCHASE       -2.00    14.77      0.00     0.00     04/23/2020
04/23/2020  PHONE PURCH. PHONE TIME PURCHASE       -1.00    16.77      0.00     0.00     04/23/2020
04/23/2020  PHONE PURCH. PHONE TIME PURCHASE       -4.00    17.77      0.00     0.00     04/23/2020
04/23/2020  ERF          OID:100490213-ComisaryRef  1.20    21.77      0.00     0.00     04/23/2020
04/23/2020  EPR          OID:100490213-ComisaryPur -39.65   20.57      0.00     0.00     04/23/2020
--------------------------------------------------------------------------------
                                Page 1
```

Mr. Hezron B. Stuart #95111-479
Joe Corley Detention Ctr.
500 Hilbig Road
Conroe, TX. 77301



THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER

This is Legal Mail
Has not been Inspected



CLERK
UNITED STATES DISTRICT COURT
300 WILLOW STREET, SUITE 104
BEAUMONT, TEXAS 77701-2217

Legal Mail